**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA						PLAINTIFF

v.				No. 4:08CR00192 JLH

MICHAEL J. LEA							DEFENDANT

### ORDER

    Michael J. Lea was sentenced to a term of twenty (20) months imprisonment followed by three (3) years of supervised release with a special condition that he be committed to a residential reentry center for a period of six (6) months.  His supervised release is being administered in the District of Kansas.  His probation officer has notified the Court that Mr. Lea has resided in a residential reentry center for one hundred twenty (120) days as of November 22, 2010, and he has secured gainful employment and a suitable release residence.  The probation officer has recommended that Mr. Lea be released from the residential reentry center.  That recommendation is accepted.  The conditions of supervised release are modified to state that the defendant will be committed to a residential reentry center from July 22, 2010, to the date that this Order is entered.

    IT IS SO ORDERED this 29th day of November, 2010.

_J. Leon Holmes_
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE